# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136546

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 136546
                                  COA: 272873
                                  Wayne CC: 06-005688-01

ODELL BRIAN HUNTER,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 3, 2008 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Arizona v Gant*, ___ US ___; 128 S Ct 1443; 170 L Ed 2d 274 (2008), is pending before the United States Supreme Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

_____
Clerk

d0828